```
U.S. DISTRICT COURT
DISTRICT OF VERMONT
       FILED
2024 AUG 12  AM 11:07

BY _____
     DEPUTY CLERK
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| SHOUP EVERS & GREEN, PLLC )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JUSTIN P. NADEAU, LAW OFFICES OF )<br>JUSTIN P. NADEAU, PLLC, )<br>JOSEPH M. BALDACCI d/b/a )<br>LAW OFFICES OF JOSEPH M. BALDACCI )<br>    Defendants. )<br>)<br>JUSTIN P. NADEAU, LAW OFFICES OF )<br>JUSTIN P. NADEAU, PLLC )<br>    Counterclaim-Plaintiffs, )<br>)<br>v. )<br>)<br>SHOUP EVERS & GREEN, PLLC )<br>    Counterclaim-Defendants. )  | Case No.: 2:23-cv-426 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by and through their respective counsel, pursuant to F.R.C.P. 41(a), stipulate that this action and all claims that were or could have been asserted in this matter may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated at Burlington, Vermont, this 8th day of August, 2024.

**SHOUP EVERS & GREEN, PLLC**

By: /James M. Cooley/
James M. Cooley, Esq.
Heilmann Ekman Cooley & Gagnon, Inc.
125 College Street, P.O. Box 216
Burlington, VT 05402-0216
802-864-4555
jcooley@healaw.com

**JUSTIN P. NADEAU AND LAW OFFICES
OF JUSTIN P. NADEAU, PLLC**

By: */s/ Kevin A. Lumpkin*
Kevin A. Lumpkin, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT 05402-0066
(802) 864-9891
klumpkin@sheeheyvt.com

**JOSEPH M. BALDACCI D/B/A
LAW OFFICES OF JOSEPH M. BALDACCI**

By: */s/ Joseph M. Baldacci*
Joseph M. Baldacci, Esq.
Law Offices of Baldacci, Sullivan & Baldacci
6 State Street, Suite 605
P.O. Box 1423
Bangor, Maine 04402-1423
(207) 945-3333
jbaldacci@baldaccilaw.com

**Approved and Ordered.**

DATED: 8/12/24

United States District Court